## IN THE UNITED STATES BANKRUPTCY COURT FOR
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br><br>JASON DANIEL LUTTRELL<br><br><br><br>Debtors. | In Chapter 7 Proceeding<br>Case No. 23-00056 |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on February 19, 2023, DOCKET NUMBER 5.

Dated: This 22nd day of August, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

**MAURICE BELMONT VERSTANDIG**
Attorney

**BRYAN S. ROSS**
Chapter 7 Trustee

Dated:  This 22nd day of August, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257