**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-00056-ELG** |
| **Jason Daniel Luttrell**<br>**Debtor(s).** | **Chapter 7** |

## ORDER TO SHOW CAUSE

On 02/21/2023, the Court entered the Notice of Requirement to File Certification About A Financial Management Course (Official Form B 423) (ECF No. 8). The Debtor(s) having failed to file the Certification About A Financial Management Course (Official Form B 423), it is ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **4/10/2023 at 9:30AM via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be closed without a discharge.

    For the Court:
    Angela D. Caesar
    BY: MB

Copies to: Recipients of electronic notifications; Debtor; appointed trustee