**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00056-ELG |
| **Jason Daniel Luttrell**<br>**Debtor** | Chapter 7 |

## ORDER DISCHARGING ORDER TO SHOW CAUSE

On 03/25/2024, the Court issued an Order to Show Cause (ECF No. 33). The Debtor(s) having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

> For the Court:
> Angela D. Caesar
> BY: CA
> Dated: 04/23/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.