**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

**Jason Daniel Luttrell**
**Debtor**

Case No. 23-00056-ELG

Chapter 7

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On 03/25/2024, the Court issued an Order to Show Cause (ECF No. 33). The Debtor(s) having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

For the Court:
Angela D. Caesar
BY: CA
Dated: 04/23/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 23-00056-ELG

Jason Daniel Luttrell     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2

Date Rcvd: Apr 23, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason Daniel Luttrell, 6322 5th Street NW, Washington, DC 20011-1337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan S. Ross | ysnore@aol.com bross@ecf.axosfs.com |
| Bryan S. Ross | on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com |
| Jeffrey Rhodes | on behalf of Creditor Evan Klondar jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah Krieger jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah E. Krieger Trust jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Creditor Sarah E. Krieger Trust jrhodes@tlclawfirm.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Jeffrey Rhodes
    on behalf of Plaintiff Evan Klondar jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Creditor Sarah Krieger jrhodes@tlclawfirm.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Katie Lane Chaverri
    on behalf of Creditor Sarah Krieger kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Creditor Sarah E. Krieger Trust kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Plaintiff Evan Klondar kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Plaintiff Sarah E. Krieger Trust kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Creditor Evan Klondar kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Plaintiff Sarah Krieger kchaverri@tlclawfirm.com dtayman@tlclawfirm.com

Maurice Belmont VerStandig
    on behalf of Defendant Jason Daniel Luttrell mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Debtor Jason Daniel Luttrell mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 19