IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon review of the Motion to Shorten Time (the "Motion") filed by Jason Daniel Luttrell ("Mr. Luttrell"), the authorities cited therein, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that any objection to the Motion to Approve Settlement shall be filed by 4:00 pm, prevailing Eastern Time, on Friday, October 4, 2024; and it is further

ORDERED, that a hearing on the Motion to Approve Settlement shall be held on Monday, October 7, 2024 at 9:30 am prevailing Eastern Time, to be conducted via hybrid means; and it is further

ORDERED, that Mr. Luttrell, through counsel, shall cause a copy of this order—together with a copy of the settlement agreement underlying the Motion to Approve Settlement—to be served on all parties in interest, via US Mail, postage prepaid (though mail service shall not be

required for parties receiving notice via CM/ECF) not later than one (1) business day after entry of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*