The order below is hereby signed.

Signed: October 2 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO SHORTEN TIME

Upon review of the Motion to Shorten Time (the "Motion") filed by Jason Daniel Luttrell ("Mr. Luttrell"), the authorities cited therein, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED subject to the modified dates set forth herein; and it is further

ORDERED, that any objection to the Motion to Approve Settlement shall be filed by the close of Tuesday, October 22, 2024; and it is further

ORDERED, that a hearing on the Motion to Approve Settlement shall be held on Wednesday, October 23, 2024 at 9:30 am prevailing Eastern Time, to be conducted via hybrid means; and it is further

ORDERED, that Mr. Luttrell, through counsel, shall cause a copy of this order—together with a copy of the settlement agreement underlying the Motion to Approve Settlement—to be served on all parties in interest, via US Mail, postage prepaid (though mail service shall not be

required for parties receiving notice via CM/ECF) not later than one (1) business day after entry of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

Seen and Agreed:

/s/ Katie Lane Chaverri (signed w/ express permission)
Katie Lane Chaverri, Esq.
Tayman Lane Chaverri LLP
2001 L Street NW
Suite 500
Washington, DC  20036
kchaverri@tlclawfirm.com
*Counsel for the Agreement Counterparties*

Seen and Not Objected To:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*