The order below is hereby signed.

Signed: November 18 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

Upon review of the Motion to Approve Settlement (the "Motion") filed by Jason Daniel Luttrell ("Mr. Luttrell"), the lack of opposition thereto, arguments adduced at a hearing thereupon, the authorities cited therein, the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the settlement agreement, defined in the Motion as the "Agreement," be, and hereby is, APPROVED.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen:


/s/ Katie Lane Chaverri (signed w/ express permission)
Katie Lane Chaverri, Esq.
Tayman Lane Chaverri LLP
2001 L Street NW
Suite 500
Washington, DC  20036
202.695-8146
kchaverri@tlclawfirm.com
*Counsel for the Plaintiffs*