**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason Daniel Luttrell<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5398<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | |
| Case number: | 23–00056–ELG | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason Daniel Luttrell

7/18/25

**By the court:** <u>Elizabeth L. Gunn</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Columbia

In re:  
Jason Daniel Luttrell  
Debtor

Case No. 23-00056-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 4  
Date Rcvd: Jul 18, 2025     Form ID: 318     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Daniel Luttrell, 6322 5th Street NW, Washington, DC 20011-1337 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | Evan Klondar, 3807 Alton Place NW, Washington, DC 20016-2207 |
| cr | + | Sarah E. Krieger Trust, 3807 Alton Place NW, Washington, DC 20016-2207 |
| cr | + | Sarah Krieger, 3807 Alton Place NW, Washington, DC 20016-2207 |
| 766518 | + | Christopher Glaser, Esq., Jackson & Campbell, P.C., 2300 N Street NW Suite 300, Washington, DC 20037-1194 |
| 766521 | + | Classic Hardwood Floors, Inc., 14456 Long Channel Circle, Germantown, MD 20874-5417 |
| 766522 | + | Department of Consumer and Regulatory Af, 1100 4th St., SW Suite E510, Washington, DC 20024-4451 |
| 766523 | | Dept of Consumer & Regulatory Affairs, Attn: Esther Yong McGraw, Esquire, General Counsel Fifth Floor, Washington, DC 20024 |
| 766526 | + | Donohoe Real Estate Services, 7101 Wisconsin Ave. Suite 700, Bethesda, MD 20814-4814 |
| 766527 | ++ | EVEREST BUSINESS FUNDING LLC, 8200 NW 52ND TERR, SECOND FLOOR, DORAL FL 33166-7852 address filed with court:, Everest Business Funding, 5 West 37th Street Suite 1100, New York, NY 10018 |
| 766529 | + | Michael & Stephen Raviv, 1723 Kenyon St., NW, Washington, DC 20010-2616 |
| 766540 | + | Ms. Sarah E. Krieger, Mr. Evan Klondar, Sarah E. Krieger Trust, 3807 Alton Place NW, Washington, DC 20016-2207 |
| 766535 | | Prosper Funding LLC, 221 Main St, San Francisco, CA 94105-1906 |
| 766536 | | Prosper Funding LLC, 221 Main St, Ste 300, San Francisco, CA 94105-1909 |
| 766539 | + | Review Development, LLC, 6322 5th Street NW, Washington, DC 20011-1337 |
| 766542 | + | Todd Perry Forster, Esq., Futrovsky Forster & Scherr, Chtd, 1101 Wootton Pkwy Suite 350, Rockville, MD 20852-1059 |
| 766543 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | Jul 19 2025 01:57:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 18 2025 21:51:50 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jul 18 2025 21:51:50 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 18 2025 21:57:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | EDI: AISACG.COM | Jul 19 2025 01:57:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 766512 | | EDI: BANKAMER | Jul 19 2025 01:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |

Case 23-00056-ELG   Doc 48   Filed 07/20/25   Entered 07/21/25 00:04:32   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0090-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 18, 2025 | Form ID: 318 | Total Noticed: 41 |

| 766513 | | EDI: BANKAMER | Jul 19 2025 01:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| --- | --- | --- | --- | --- |
| 766516 | + | Email/Text: jpaige@cfgms.com | Jul 18 2025 21:57:00 | CFG Merchant Solutions, LLC, 180 Maiden Lane Floor 15, New York, NY 10038-5150 |
| 766515 | | EDI: CAPONEAUTO.COM | Jul 19 2025 01:57:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 766514 | + | EDI: CAPONEAUTO.COM | Jul 19 2025 01:57:00 | Capital One Auto Finance, Credit, Attn: Bankruptcy 7933 Preston Road, Bureau DISPUTE, Plano, TX 75024-2302 |
| 766655 | + | EDI: AISACG.COM | Jul 19 2025 01:57:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 766517 | | EDI: JPMORGANCHASE | Jul 19 2025 01:57:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 766519 | | EDI: CITICORP | Jul 19 2025 01:57:00 | Citibank/Shell Oil, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 766520 | | EDI: CITICORP | Jul 19 2025 01:57:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 766522 | + | Email/Text: dob.civilinfractions@dc.gov | Jul 18 2025 21:57:00 | Department of Consumer and Regulatory Af, 1100 4th St., SW Suite E510, Washington, DC 20024-4451 |
| 766524 | | EDI: DISCOVER | Jul 19 2025 01:57:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 766525 | | EDI: DISCOVER | Jul 19 2025 01:57:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 766528 | | EDI: JPMORGANCHASE | Jul 19 2025 01:57:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 766530 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 18 2025 21:56:09 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 766531 | | EDI: MAXMSAIDV | Jul 19 2025 01:57:00 | Navient Solutions Inc, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 766532 | ^ | MEBN | Jul 18 2025 21:51:49 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 766533 | ^ | MEBN | Jul 18 2025 21:51:48 | Ncb Management Services, Attn: Bankruptcy, 1 Allied Dr, Feasterville Trevose, PA 19053-6945 |
| 766544 | + | EDI: PRA.COM | Jul 19 2025 01:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 766537 | ^ | MEBN | Jul 18 2025 21:51:51 | Republic Bank Trust Co, 1 Allied Dr, Trevose, PA 19053-6945 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 766534 | | Prince Funding |
| 766538 | | Review Development, LLC |
| 766541 | | SUPREME COURT - CIVIL DIVISION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 18, 2025 | Form ID: 318 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Bryan S. Ross
    on behalf of Trustee Bryan S. Ross ysnore@aol.com  bross@ecf.axosfs.com

Jeffrey Rhodes
    on behalf of Plaintiff Sarah E. Krieger Trust jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Creditor Sarah E. Krieger Trust jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Plaintiff Evan Klondar jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Creditor Sarah Krieger jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Creditor Evan Klondar jrhodes@tlclawfirm.com

Jeffrey Rhodes
    on behalf of Plaintiff Sarah Krieger jrhodes@tlclawfirm.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Katie Lane Chaverri
    on behalf of Plaintiff Sarah E. Krieger Trust kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Creditor Evan Klondar kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Plaintiff Sarah Krieger kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Creditor Sarah Krieger kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Creditor Sarah E. Krieger Trust kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
    on behalf of Plaintiff Evan Klondar kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Defendant Jason Daniel Luttrell mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Debtor Jason Daniel Luttrell mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 18, 2025 | Form ID: 318 | Total Noticed: 41 |

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 19